PER CURIAM.—The motion to dismiss the appeal is by the court sustained and the appeal dismissed, without prejudice, however, to the right to move to reinstate.

*Mr. Geo. W. Burke, Mr. F. C. Woodward,* and *Mr. J. H. Ruberson,* for Appellants.

*Mr. L. Q. Caswell,* and *Mr. Sydney Fox,* for Respondent.

---

No. 2,038.—E. G. WOOD, RESPONDENT, *v.* DUDLEY C. SMITH, APPELLANT.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided May 2, 1904.

PER CURIAM.—On consideration, it is now here ordered and adjudged that the motion to dismiss the appeal herein be and the same is hereby sustained and the appeal dismissed.

*Mr. B. S. Thresher,* for Respondent.

*Mr. John J. McHatlon,* for Appellant.

---

No. 1,990.—STATE OF MONTANA EX REL. PATRICK RYAN, RELATOR, *v.* JOHN WESTON, RESPONDENT.

Original. *Quo warranto.*

Decided May 4, 1904.

On motion to dismiss proceeding.

PER CURIAM.—Upon due consideration by the court the motion to dismiss this proceeding is sustained and the proceeding dismissed.

*Mr. W. E. Carroll,* and *Mr. C. P. Connolly,* for Relator.

*Mr. L. P. Forestell,* and *Mr. J. B. Roote,* for Respondent.

---

No. 2,068.—STATE OF MONTANA EX REL. JAS. DONOVAN, RELATOR, *v.* T. A. WILLIAMS, RESPONDENT.

Original. *Quo warranto.*

Decided May 10, 1904.

PER CURIAM.—The application heretofore submitted to and by the court taken under advisement, is this day denied.

*Mr. Jas. Donovan,* for Relator.

---

No. 1,654.—IN RE DISBARMENT OF W. W. LIKEN.

Original. Disbarment proceeding.

Decided May 10, 1904.

PER CURIAM.—The application for the disbarment of W.